# ROLAND NEVILLE GODWIN *v.* STATE OF MARYLAND

[No. 88, September Term, 1978.]

*Decided November 21, 1978.*

Submitted by *Joseph A. DePaul, James E. Kenkel, William C. Brennan, Jr.,* and *DePaul, Willoner & Kenkel* for appellant.

Submitted by *Francis B. Burch, Attorney General, Clarence W. Sharp* and *Kathleen M. Sweeney, Assistant Attorneys General,* for appellee.

## O R D E R

It is this 21st day of November, 1978

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals in the above entitled case be, and it is hereby, vacated and the case is remanded to the Court of Special Appeals for the entry of a new judgment consistent with the opinion of this Court in *State v. Eugene Shaw Frye* and *Willie Lee Jones, Jr. v. State,* Nos. 133 and 173, September Term, 1977 decided November 16, 1978 (283 Md. 709, 393 A. 2d 1372 (1978)); and it is further

ORDERED that the costs are to be paid by Prince George's County.